UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10023-MEL |
| ) | |
| BRUCE A. TASSONE ) | |

### WAIVER OF INDICTMENT

I, **BRUCE A. TASSONE**, the above-named defendant, who is accused of knowingly and willfully participating in a scheme to defraud and executing such scheme by mail in violation of 18 U.S.C. § 1341, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on February 23, 2004, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Bruce A. Tassone
Defendant

_____
William Keefe, Esq.
Counsel for the Defendant

Before: _____
Morris E. Lasker
United States District Judge