AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

U.S.
v.
TASSONE

APPEARANCE

CASE NUMBER: 04-10023-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Bruce Tassone

---

Date: 2/23/4

Signature: [signed]

Print Name: William Keefe

Address: 1 McKinley Square

City: Boston    State: MA    Zip Code: 02109

Phone Number: 1(617) 947-8483