UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                    DOCKET NO.: 04-CR-10023

BRUCE TASSONE

## MOTION TO CONTINUE SENTENCING HEARING

Now comes the undersigned counsel of record on behalf of Bruce Tassone and respectfully requests that the Court continue the sentencing hearing in this matter presently scheduled for May 22, 2004. As grounds therefore, the undersigned states that the defendant is presently in an inpatient treatment facility for a gambling addiction that he maintains he suffers from. The inpatient treatment plan is expected to last 4 weeks in a treatment facility in Maryland. The undersigned has spoken with the United States Probation Officer Martha Victoria about this development. Ms. Victoria would need additional time to complete her presentence investigation due to the defendant's present situation at a treatment facility out of state. Wherefore, the defendant asks for a continuance of the sentencing hearing for a convenient date to all parties sometime in June, 4 weeks after the present scheduled sentencing hearing date.

Respectfully submitted,
BRUCE TASSONE,
By his lawyer,

3/25/4
Date

WILLIAM KEEFE
BBO # 556817
One McKinley Square, Third Floor
Boston, MA 02109
Telephone (617) 399-1570
Facsimile (617) 723-1710

6l7723 MT l0

# Harbour Center

5083390222

924 East Baltimore Street                    Baltimore, MD 21202
Phone (410) 332-1111   1-800-LOST-BET   Fax (410) 685-2307
E-mail harbourctr@aol.com         WebPage www.lostbet.com

Valerie C. Lorenz, Ph.D.
*Executive Director*

March 19, 2004

Louis Xiferas, Esq.
200 Chaunty Street
Mansfield, MA 02048

Re: Inpatient Treatment
Bruce Tassone

Dear Mr. Xiferas:

This is to confirm that your client, Bruce Tassone, was admitted into our treatment facility today. It is anticipated that he will be in the residential component from four to six weeks.

He has mailing and telephone privileges; if, however, you have any news of a potentially disturbing nature, kindly contact me first.

We appreciate your cooperation.

Sincerely yours,

Valerie C. Lorenz, Ph.D.

*Harbour Center is an Addictions and Mental Health Treatment Program*

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that I delivered a copy of the attached Motion to Continue Sentencing Hearing was sent to John Mitchell, Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Dated: 3/19/04

_____
William Keefe