UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) DOCKET NO.: 04-CR-10023 MEL |
| | ) |
| BRUCE TASSONE | ) |

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes Bruce Tassone and respectfully requests that his conditions of release be amended to permit him to travel on a family vacation to the State of Florida.

The defendant is asking the Court to permit him to travel with his mother and sister to Florida from the dates Sunday May 2, 2004 to Thursday May 6, 2004.

If permitted, the undersigned suggests that the defendant should be required to:

1. Give telephone notice to Pretrial Services from the residence he will be at in Florida.

2. Give Pretrial Services the address and phone number of the residence that the defendant will stay at;

3. Show proof of flight travel tickets

Wherefore, the undersigned respectfully requests that the Court allow him to Travel to Florida for his vacation, next week.

                                                  Respectfully submitted,
                                                  **BRUCE TASSONE**,
                                                  By his attorney,

Dated: 4/28/4

                                                  **William Keefe**
                                                  **BBO: 556817**
                                                  One McKinley Square, 3rd Floor
                                                  Boston, MA  02109
                                                  Office (617) 399-1570
                                                  Facsimile (617) 723-1710

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that today April 29, 2004 I delivered a copy of the attached Motion to Amend Conditions of Release to John Mitchell, Assistant United States Attorney, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Dated: 4/29/04

_____
William Keefe