UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Cr. No. 04-10023-MEL |
| BRUCE A. TASSONE | ) |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

The government hereby moves to continue the date of the sentencing of defendant Bruce A. Tassone from Wednesday, June 23, 2004 to a date after August 16, 2004. As grounds therefor, the government states as follows:

1. The defendant pleaded guilty to a one-count Information in this case pursuant to a plea agreement under which he may seek a departure to the applicable sentencing guideline range based on the grounds of diminished capacity as a result of a gambling addiction.

2. The defendant's sentencing is currently scheduled for June 23, 2004.

3. On June 9, 2003, that is, fourteen days before sentencing, the defendant served on the government a motion for downward departure supported by, among other things, the report of a physician who examined the defendant.

4. Under Paragraph 4 of the plea agreement, the government is afforded forty-five days to respond to a report of an examining physician that is used to support a motion for downward departure:

> In order to provide the government an adequate opportunity to respond to such a

motion and to assist the Court in its determination of her mental condition, the Defendant agrees to provide the government with any expert report on her mental condition no later than forty-five day prior to her sentencing hearing. The defendant further agrees not to oppose (1) the government's request that the Court order an outpatient psychiatric or psychological examination of her pursuant to 18 U.S.C. §3552 or (2) any motion to continue the defendant's sentencing for as long as reasonably necessary to allow the government to conduct such an examination and prepare its response to the defendant's motion for downward departure.

5. Not only is the government entitled under the plea agreement to far more time to respond to the defendant's motion, the government will need more time, including, if necessary, time to retain its own expert to evaluate the defense expert's report and to examine the defendant.

6. In keeping with the plea agreement, and in order to afford both parties an adequate opportunity to present their positions on the issue of the defendant's mental capacity at the time of the offense, the government submits that it will need at least an additional forty-five days to prepare for sentencing.

7. Accordingly, the government respectfully requests that the Court continue the sentencing in this case to a date after August 16, 2004.

8. The defendant assents to this motion.

Dated: June 10, 2004                    Respectfully submitted,

                                        MICHAEL L. SULLIVAN
                                        United States Attorney

                                        By: /s/ Jonathan F. Mitchell
                                        JONATHAN F. MITCHELL
                                        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>William Keefe, Esq.
>One McKinley Square
>Third Floor
>Boston, MA 02109

This 10th day of June, 2004.

_____
JONATHAN F. MITCHELL
ASSISTANT UNITED STATES ATTORNEY