UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 04-10023-MEL |
| ) | |
| BRUCE A. TASSONE  ) | |

### MOTION FOR ORDER TO PRODUCE AN EXPERT REPORT and TO CONTINUE SENTENCING HEARING

The government hereby moves the Court to order the defendant, pursuant to the plea agreement between the parties, to produce a report of its expert and to continue the date of the sentencing to a date forty-five days after the production of the report. As grounds therefore, the government states as follows:

1. The defendant pleaded guilty to a one-count Information in this case pursuant to a plea agreement under which he may seek a departure based on a claimed gambling addiction.

2. The defendant's sentencing is currently scheduled for August 31, 2004.

3. On August 17, 2004, the defendant identified for the government an expert witness he had retained to testify in support of his motion.

4. Under Paragraph 4 of the plea agreement, the government is afforded forty-five days to respond to a report of an examining physician that is used to support a motion for downward departure:

> In order to provide the government an adequate
> opportunity to respond to such a motion and to assist
> the Court in its determination of her mental condition,
> the Defendant agrees to provide the government with any

expert report on her mental condition no later than forty-five day prior to her sentencing hearing. The defendant further agrees not to oppose (1) the government's request that the Court order an outpatient psychiatric or psychological examination of her pursuant to 18 U.S.C. §3552 or (2) any motion to continue the defendant's sentencing for as long as reasonably necessary to allow the government to conduct such an examination and prepare its response to the defendant's motion for downward departure.

5. The defendant failed to comply with this provision not only by waiting until two weeks prior to sentencing to identify its expert, but also by failing to produce an expert report at all.

6. Under the above-quoted provision, the government is entitled an expert report, as well as time, if necessary, to retain its own witness and have that person examine the defendant.

7. This is the second time the government has been forced to seek a continuance because the defendant's failure to comply with the above-quoted provision, which the parties included in the agreement for the specific purpose of affording the government a fair opportunity to respond to the defendant's expert's findings. See Court's Order to Continue Sentencing, dated June 14, 2004.

8. Accordingly, the government respectfully requests that the Court enforce the plea agreement and order the defendant to produce a report describing the expert's opinions, the bases of and reasons for those opinions, and the expert's qualifications,

in a manner consistent with the requirements of Fed.R.Crm.P. 16(b)(1)(C), and to continue the sentencing in this case to a date forty-five days after the defendant is required to produce the report.

Dated: August 24, 2004                    Respectfully submitted,

                                          MICHAEL L. SULLIVAN
                                          United States Attorney

                                     By:  _____
                                          JONATHAN F. MITCHELL
                                          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    William Keefe, Esq.
    One McKinley Square
    Third Floor
    Boston, MA 02109

This 24th day of August, 2004.

_____
JONATHAN F. MITCHELL
ASSISTANT UNITED STATES ATTORNEY