UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | **DOCKET NO.: 04-CR-10023** |
| ) | |
| BRUCE TASSONE ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes Bruce Tassone and respectfully requests that his conditions of release be amended to permit him to travel on a vacation to Baltimore, Maryland where he will visit friends in a treatment center, and then he will travel down to the State of Florida to visit his family.

The defendant is asking the Court to permit him to travel to Baltimore on October 18, 2004 and he will be returning from Florida on October 27, 2004.

If permitted, the undersigned suggests that the defendant should be required to:

1. Give telephone notice to Pretrial Services from the residence he will be at in Maryland and Florida.

2. Give Pretrial Services the address and phone number of the residences that the defendant will stay at;

3. Show proof of flight travel tickets

Wherefore, the undersigned respectfully requests that the Court allow him to Travel to Florida for his vacation, next week.

Respectfully submitted,
**BRUCE TASSONE**,
By his attorney,

Dated: 9/23/04

*William Keefe* (signature)

**William Keefe**
BBO: 556817
390 Centre Street
Boston, MA 02130
Office (617) 983-9200
Facsimile (617) 983-0733

CERTIFICATE OF SERVICE

I, _William Keefe_, hereby certify that this _23_ day of _September 2004_, I caused copies of the enclosed pleadings to be served on _____ in hand / by mail / via courier

_William Keefe_ (signature)