UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                        DOCKET NO.: 04-CR-10023

BRUCE TASSONE

## MOTION TO CONTINUE SENTENCING HEARING

Now comes the undersigned counsel of record on behalf of Bruce Tassone

and respectfully requests that the Court continue the sentencing hearing in this

matter to either the week of December 15, 2004, the week of January 3, 2005, or

the week of January 10, 2005. As grounds therefore, the undersigned states that

there are issues related to sentencing that are pending for the United States

Supreme Court and United States v. Fanfan and United States v. Booker. The

undersigned believes that these Supreme Court decisions may substantially

impact the court decision in this case. Wherefore, the undersigned respectfully

requests that the Court continue this matter one final time for a further

sentencing hearing date.

Respectfully submitted,
BRUCE TASSONE,
By his lawyer,

11/5/4
Date

WILLIAM KEEFE
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617) 983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that I delivered a copy of the attached

Motion to Continue Sentencing Hearing was sent to John Mitchell, Assistant

United States Attorney, John Joseph Moakley United States Courthouse, 1

Courthouse Way, Suite 9200, Boston, MA 02210

Dated: 11/5/04

_____
William Keefe