FILED
IN CLERKS OFFICE
2005 FEB 16 A 10: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

BRUCE TASSONE

**DOCKET NO.: 04-CR-10023** MEL

**MOTION PERMISSION TO TRAVEL**

Now comes Bruce Tassone and respectfully requests that his conditions of release be amended to permit him to travel to the State of Rhode Island to attend a conference at Bryant College in Smithfield on February 17, 2005. The purpose of the trip is to attend and participate in lecturing on gambling and treatment. The United States does not oppose this request.

Respectfully submitted,
**BRUCE TASSONE**,
By his attorney,

Dated: 2/15/5

**William Keefe**
**BBO: 556817**
390 Centre Street
Boston, MA 02130
Office (617) 983-9200
Facsimile (617) 983-0733

**CERTIFICATE OF SERVICE**

I, William Keefe, hereby certify that the Defendant's Motion For Permission to Travel was served on John Mitchell, Esquire, at his office at the Office of the United States Attorney, Ninth Floor, One Courthouse Way, Boston, MA 02201 and Thomas O'Brien, at his office, the Office of Pretrial Services at the same address, by in hand delivery this sixteenth day of February, 2005.

William Keefe

**WILLIAM KEEFE**
LAWYER

390 Centre Street
Jamaica Plain, Massachusetts 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733
E-Mail wkeefelaw@msn.com

FILED
IN CLERKS OFFICE
2005 FEB 16 A 10: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Hand Delivered
February 16, 2005,
2004

George Howarth, Courtroom Clerk to the
Honorable Judge Morris J. Lasker
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: U.S. v. Bruce A. Tassone, Docket No.: 04-CR-10023 MEL

Dear Mr. Howarth,

Enclosed herein please find the defendant's Motion for Permission to Travel. Please also note the attached Certificate of Service.

Thank you for your attention to this matter.

Sincerely,

William Keefe

WK/mk
Enclosure