Massachusetts Council on
# Compulsive Gambling
*We understand the problem. We can help.*

FILED
IN CLERKS OFFICE

2005 FEB 16  A 10: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 27, 2005

The Honorable Morris E. Lasker
United States District Court
District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA  02210

To The Honorable Morris E. Lasker:

I am the Volunteer Program Specialist for the Massachusetts Council on Compulsive Gambling.  I am writing to you regarding Bruce Tassone and the diligent service he has provided our agency over the last six months.

In August of last year, Bruce contacted the Council explaining his situation both in regard to his recovery from gambling addiction and also his legal position.  He felt that it would be helpful to his recovery if he were to volunteer with the Council.  Since that time he has been our most consistent and assiduous volunteer.

Since Bruce began volunteering with us he has helped our agency in many ways, including speaking to young people about compulsive gambling, telling his story on our website and in a column in our newsletter, performing clerical duties, and many others.

Bruce has been, and hopefully will continue to be, a valuable member of our team committed to providing information and education on the prevention and reduction of compulsive gambling and to providing support services to compulsive gamblers and their families.

If you have any questions or if I can be of any assistance whatsoever, please feel free to contact me at (617) 426-4554.

Sincerely,

*Kyle Marshall*

Kyle Marshall
Helpline & Volunteer Program Specialist

190 High Street, Suite 5   Boston, Massachusetts 02110-3031
phone 617.426.4554  helpline 1.800.426.1234  fax 617.426.4555  TTY 617.426.1855
email gambling@aol.com  website www.masscompulsivegambling.org

An affiliate of The National Council on Problem Gambling Inc.
Funded in part by The Commonwealth of Massachusetts Department of Public Health.

to his expressions of pain weekly since then, I heard hope for myself that I could arrest this compulsion before the other steps that naturally seem to flow from these actions would have occurred. And as a result, I, too, have arrested this addiction of nearly a year. I credit my wife and my therapist, and I also credit Bruce Tassone, for each playing a crucial, different part in my success over the past year.

In this regard, I suggest that Bruce Tassone's sentence should be the minimum possible. He will do more good for people like me, and for society, by participating on a regular, consistent, sustained basis in group counseling sessions than by sitting in federal prison. I know he has a debt to repay, and I would suggest that his repayment to me, and to many others, is invaluable. The sooner his sentence can end – the sooner he can return to contributing to turning around the lives of compulsive gamblers – the better.

Finally, I would like you to know my own perspective on this matter is shaped not only by the fact that I have suffered from a gambling problem, but that not too many years ago, I was an Assistant District Attorney in New York City, where I prosecuted felonies before Grand Juries and ultimately at trial for three years. I am ardent in my pursuit of justice for victims. I was dedicated to having defendants who committed violent crimes serve the maximum sentences possible. I rarely entered into a negotiated plea to reduce the sentence of a felon, whether a first-timer or a multiple offender. From that perspective, I see Bruce's crime as not a violent crime, and not one in which any victim felt violence. I see his crime as not that of a multiple offender. I see his crime as having been caused by a disease, like cancer, over which he had little if any control. The victims in this case were his former business, which suffered financially, and his family, who suffered as well. Bruce has also suffered. His rehabilitation would best consist of no incarceration, or very little; and a speedy return to the counseling sessions in which he makes a huge contribution.

Thank you for your consideration of what has turned out to be a long letter. I wish for you wisdom and courage in your decision as to his sentence, and hope that my voice will enter into your thoughts as you conclude this stage of Bruce Tassone's life.

Sincerely,

Alan PG Safran
Contact phone # 617-501-9401 or email AlanSafran@aol.com

To Whom It May Concern:

For approximately the past eight months I have attended a therapy group with Bruce which addresses the various issues and problems faced by compulsive gamblers. The group's facilitator is a well known expert and therapist for gamblers, Dr. Michael Furstenberg.

Bruce has consistently attended the weekly meetings, working diligently to strengthen his recovery over the complicated and insidious addiction of compulsive gambling. He has worked hard to first admit his addiction, tackle the task of stop gambling, and then to take ownership over the responsibility of his actions while he was active in gambling.

By being honest with himself and others regarding his addiction, Bruce serves daily to strengthen his recovery. Bruce's resolve to work for his recovery allows him to contribute in many ways to his family and to society at large. Bruce truly has so much to offer.

Sincerely,

Steven B. Bachman

ONE ARNOLD CIRCLE
CAMBRIDGE, MA 02139
(617) 497-0627
E-MAIL: MPFurst@aol.com

47 LOMBARD STREET
NEWTON, MA 02458
(617) 964-5171
Fax (617) 795-1976

June 5, 2004

Mr. William Keefe, Esq.
1 McKinley Square
3rd Floor
Boston, MA 02109

**Re: Bruce Tassone**

Dear Mr. Keefe:

I have been asked by Mr. Bruce Tassone, whom I have been seeing in both individual and group psychotherapy since January, 2004, to write a letter on his behalf.

This is actually Mr. Tassone's second course of therapy with me, the first being a brief period in 1998, when I met with him and his wife in couples therapy. At that time, Mr. Tassone was in the throes of compulsive gambling, an addiction over which he claimed to have control, but obviously did not. In fact, he was gambling surreptitiously throughout the time I met with them. His wife was desperate to have him stop, and wanted very much to work out their serious problems. But she too was in denial about the extent of Mr. Tassone's addiction and resultant inability to take responsibility. Ultimately, first Mr. Tassone, then his wife, dropped out of treatment, which ended after 4 months in June, 1998.

When he reappeared in my office early this year, he admitted that he had continued to gamble out of control through the nearly 6 years since we had last met, and his life was in shambles. He had gone through more than a million dollars in casino gambling, had lost his job and his marriage, and had been indicted and had admitted to having embezzled hundreds of thousands of dollars from his employer. Moreover, he was seriously depressed but still gambling when he had the money to do so.

Yet he was, and has remained, committed this time to his treatment, and has worked hard over these 5 months to get control over his gambling, treat his depression, and begin for the first time in his life to take account of the enormous damage his gambling has caused him and the people around him. In the course of this round of treatment, he became suicidal and had to be hospitalized after making an attempt on his life -- in one sense, an acknowledgement for the first time in his life that his gambling was no longer able to mask the pain he was in. (It is not uncommon for a compulsive gambler to become seriously depressed, once the diversion of the gambling has been taken away. Then the depression which has often long been "underneath" the addiction comes to the fore.) In the course of this treatment too, his marriage finally ended, as he and his wife have struggled to finalize their divorce, amidst a tremendous amount of bitterness.

To date, Mr. Tassone has been "clean" of betting for nearly 2 months -- the longest period of sobriety in many years, and the first during which he has been working on his addiction and his depression (for which he is now taking anti-depression medication), rather than avoiding both. He has gotten stronger and clearer about his own responsibility for the mess he has created within and around him, and has struggled to get past the mutual antipathy he and his wife harbor for each

other. He has also rededicated himself to being the best father he can be, even as he faces substantial prison time and the at least temporary loss of his children. He knows the next period of his life will not be easy, but he is trying to face it and make the best of it.

I have treated hundreds of compulstive gamblers in the past 15 years, as director of the Center for Problem Gambling at Mount Auburn Hospital, and now in my private practice, in which I specialize in addictions, and compulsive gambling in particular. While I hesitate to make predictions, and Mr. Tassone still has a long way to go, he could be one of the success stories. This will depend on his sorting out and gaining control over the feelings which provoke him to retreat into self destructive behavior. I believe he has finally made a strart -- ironically, but significantly, as he faces prison time. He is now willing to pay his debt to society, and looks forward to coming back and doing some good for himself, his family, and society.

In fact, Mr. Tassone has a great deal of potential to do good for others. He is highly intelligent and a very hard worker. When he is not in the grip of his addiction, he is kind and considerate of other people. He is reliable. If he can remain sober and focused, he will be extremely helpful to people, even in prison. Outside of prison, he could do far more good.

Sincerely,

Michael P. Furstenberg, Ed.D.

 

**Boston University**
School of Medicine

80 East Concord Street
Boston, MA 02118-2394
617 638 8000

One Boston Medical Center Place
Boston, MA 02118-2393
Tel: 617 638 8000
Tel: 617 534 5000

Re: Bruce Tassone

May 7, 2004

William Keefe
Attorney at Law
One McKinley Square
Third Floor
Boston, Ma. 02109

Dear Attorney Keefe;

I am writing this letter on behalf of my patient, Mr. Bruce Tassone. As way of introduction, I am a clinical psychologist at Boston Medical Center and Boston University School of Medicine. I have been on the faculty and hospital medical staff since 1976.

I have known Mr. Tassone since September 20, 2000 when I began working with him as a psychotherapist. Mr. Tassone self referred himself to my office at that time for assistance with lifelong compulsive gambling. Early in our treatment, it became evident that Mr. Tassone's addiction to gambling was directly related to his upbringing in a home where both parents were compulsive gamblers and father was alcoholic. In addition, Mr. Tassone's gambling addiction is directly related to his sexual abuse and molestation at age 12 by an adult friend of the family. This individual served as his Little League umpire and molested him while on a baseball field trip.

As a result of this trauma and the subsequent shame and depression that it caused, my patient had an adolescence and adulthood characterized by severe anguish, psychological distress, social isolation and emotional pain. As a child, he was never able to confide in his parents about his sexual abuse and has carried this traumatic secret throughout his life. He attempted to cope with the pain of his abuse in the only way that he knew and in the way that he learned as a child, compulsive gambling. With gambling and the isolation of a casino, Mr. Tassone was able to numb his emotional pain, and hide from the reality of his life.

It is important to note that Mr. Tassone has never been able to foresee the consequences of his addiction and the impact of his gambling on himself or others. As with any addiction, satisfying the overwhelming urge to use or to gamble is the priority. For the

Boston Medical Center
Boston University School of Medicine
Boston University School of Public Health
Boston University Goldman School of Dental Medicine

compulsive gambler, the need to gamble is done at any cost and without regard to implications and the future.

Over his adult years, Mr. Tassone's gambling has resulted in the loss of every relationship and possession that was ever important to him. He lost his money, his home, his friends, his job, his wife and his children. Ultimately, he lost his self-respect and his will to live. In early 2004, my patient tried unsuccessfully to kill himself. He was subsequently placed in a psychiatric hospital in Baltimore, Maryland.

On several occasions throughout his adulthood Mr. Tassone has made attempts to stop his compulsive gambling behavior and addiction. Unfortunately, it was never possible for him to stop his addiction because of its connection to his childhood sexual abuse and the anguish that this caused him. It has only been in recent years, that Mr. Tassone has been able to face his abuse, and discuss the shame and associated with this event.

Over the last months, Bruce has made remarkable progress in addressing the sadness and anger of his childhood. He understands his dysfunctional family of origin and the impact of these early events on his life. He is attending an outpatient day program at Mt. Auburn Hospital in Cambridge, attending group therapy sessions, working with a psychiatrist and attending gamblers anonymous meetings. In addition, I continue to work with him on a weekly basis.

I am very pleased with the progress that Bruce is making. Subsequently, I am optimistic about his future and his ability to someday live at peace with himself. He is naturally very upset and saddened by the impact of his behavior on his family and children and is working hard to provide a healthy and stable environment for his children.

Given the progress and circumstances involved in this case, I would hope that you can provide every consideration to him. He will continue to progress and will continue to heal from the emotional scars of his childhood. From my work with Bruce Tassone, I know him to be a good and honest man. He deserves any possible consideration that can be given to him.

Sincerely,


Stanley Ducharme, Ph.D.
Professor, Boston University School of Medicine
Psychologist
Boston Medical Center

The Honorable, Supreme Court Justice Morris Lasker:

By the Grace of God, on March 12th of this year, I will be clean from a bet for one year. This date has much significance. First, it is my birthday. It is also the last day I gambled one more time, recklessly, and with the burden of some inevitable, imminent, self-destruction waiting on the other side. Considering where I am emotionally today, and knowing where I was emotionally then, it is with meaningful understanding that I recognize the progress of my life over this past year, and in turn, try to convey that to your honor.

For almost thirty years, I lived in a prison. A prison of my mind and soul and a prisoner of my addiction. The loss in my life has been great. A wife that I once loved. Two beautiful children. A family. Relationships. A job that I was good at, that I loved, and one which I claimed my identity from. I know today that I did not set out intentionally to destroy my life or the lives of others. But I did.

I write this letter to you today, your Honor, to tell you how sorry I am for what I did. Every day gaining a fuller understanding of what that means, of the lives I hurt, and the desire to make amends, like no other time in my life. A time now, not clouded by the thoughts of my addiction. A time in my life no longer filled with deception, manipulation, or lies. To explain to you that I am now ready to accept responsibility for what I did. Ready for the consequence of my actions that bring me before you now.

Today I have more hope than I ever had. Not the false hope of winning some money gambling. Or the false hope of escaping my inner demons, insecurities, or life's problems, as if gambling itself would be the answer to the years of self-destruction under the lash of this disease. The hope and belief that my life has now some greater meaning. That there is in fact good to come out of this misery.

One year ago I would have told you that I wanted to die. Tried to die. Ordered by the court not to gamble, in February, but still gambling until my birthday in March. Today I want to live. I got on medication. Went to treatment center and got clean. Found a sponsor, a man that keeps it honest and real and tells me things like, " a lifetime geared towards self-centeredness, is not set in reverse all in one motion." I keep it a day at a time.    And use the tools I learn in the program and in my many group sessions. I continue to see therapists once a week, to discuss my past and learn to recover in spite of the pain and desire to destroy myself.

I write to you because I want to continue to further my work helping the good people at the Massachusetts Council for Compulsive Gambling.
I would like to continue speaking in front of impressionable college kids who only know the addiction of the internet and the celebrity of poker on tv.  I believe God has brought me here, to this crossroads, to show me my calling. My own salvation resting with the collective salvation of all compulsive gamblers, in and out of recovery.  My mission is to

help them and by doing so, continue to help heal myself. And to close the cycle of addiction that has been in my family since my own childhood and my father's addiction.

I am closer to my children, Brittany and Jordan, today because for the first time my relationship is real. I am here to help them heal the pain of an addictive father on the front page of the local paper. I am here because an angel, my sister, found me, and I know today that she has always been there. Right where God put her to help me.

My acceptance today comes form believing that deciding the consequences of my actions are in your hands and Gods. And for me that is good because for so many years, my control of my life landed me here. Whatever it will be, I believe that I can face it just for today. And looking at my past, I believe the worst is behind me.

Bruce Tassone



# M O U N T    A U B U R N    H O S P I T A L

Prevention and Recovery Center

January 7, 2005

RE: Bruce Tassone                    DOB: 3/12/63

To Whom It May Concern,

This letter is to confirm that Mr. Tassone has been attending our treatment program for compulsive gambling since April 2004. He attends group therapy and individual counseling.
He attended group twice in April, twice in May, four times in June plus one individual session, three times in July, three times in August plus one individual session, one group and two individual session in September, three groups and two individual session in October, two groups and two individual session in November. Two groups were cancelled in November due to holidays. Bruce attended only one group and one individual session in December due to group cancellation and medical problems. He had both group and individual counseling yesterday, January 6. He reports attending Gamblers Anonymous meetings several times per week and effectively uses support resources to maintain his recovery from compulsive gambling.

Sincerely,

Doreen C. Oughton, MS, LHMC
Addictions Clinician

A community teaching hospital of Harvard Medical School

A member of CAREGROUP

330 Mount Auburn Street
Cambridge, MA 02138
Outpatient Clinic: (617) 499-5051
Driver Alcohol Education: (617) 499-5052



# M O U N T   A U B U R N   H O S P I T A L
### Prevention and Recovery Center

**August 23, 2004**

**To Whom It May Concern:**

I am providing this letter at the request of Mr. Bruce Tassone who has been a patient under my care via the Mount Auburn Hospital Prevention and Recovery Center program. Mr. Tassone started treatment here as of 4/04 with pathological gambling identified as the primary focus; there is an established diagnosis of Major Depressive Disorder as well which is also being addressed.

Mr. Tassone has received extensive therapy services primarily provided by Doreen Oughton MS, LMHC and Marguerite Waterman, LICSW, CADAC. He was seen by me for initial (consult) appointment 5/6/04 and has had a series of follow-up visits since, the most recent being 8/16/04. The pharmacological aspects of his treatment have constituted the principal focus in these. Mr. Tassone has been on antidepressant Lexapro (escitalopram) at 10-mg dose and this clearly has contributed to the overall success he has had in his treatment to date. We have reviewed his experience on other antidepressants in this category e. g. Celexa in the past and identified the current medication as definitely superior. It is my recommendation that he be allowed to continue on Lexapro, as a component of broader ongoing treatment, for the forseeable future.

Sincerely,

Paul Laffer MD

A community teaching
hospital of Harvard
Medical School

330 Mount Auburn Street
Cambridge, MA 02138
Outpatient Clinic: (617) 499-5051
Driver Alcohol Education: (617) 499-5052



# M O U N T    A U B U R N    H O S P I T A L

## Prevention and Recovery Center

Date: _4/29/04_

To: _Toma Zingarelli_

Re: _Bruce Tassone_

has kept the following appointments, _4/15 , 4/22, 4/29_ .

has not kept the following appointments, _none_ .

If you have any question please feel free to contact us at (617) 499-5051.

Comments: _client had an intake on 4/15_
_+ has participated in Thursdays evening_
_gambling groups_
_Doreen Oughton is the group leader_
_Marge Waterman is his case worker_

_Michele Lull / MEdCADAC_                                    _4/29/04_
**Counselor**                                                **Date**

A community teaching
hospital of Harvard
Medical School

A member of CareGroup

330 Mount Auburn Street
Cambridge, MA 02138
Outpatient Clinic: (617) 499-5051
Driver Alcohol Education: (617) 499-5052



# M O U N T   A U B U R N   H O S P I T A L
### Prevention and Recovery Center

September 2, 2004

Mr. Thomas O'Brien
Pre-trial Probation
Federal Court
Boston, MA

RE: Bruce Tassone                    DOB: 3/12/63

Dear Mr. O'Brien,

Since the previous letter of June 8, 2004, Mr. Tassone has
continued to attend our treatment program for compulsive
gambling. He attends weekly group therapy, and bi-weekly
individual counseling. There were some scheduling issues due to
counselor vacations and a transfer of therapists, but he was seen
on 6/10, 6/17, 6/24, 7/8, 7/15, 7/29, 8/5, 8/19 and 8/26 for
group, and on 8/5 and 8/19 for individual sessions.

Sincerely,

Doreen C. Oughton, MS, LHMC
Addictions Clinician

A community teaching
hospital of Harvard
Medical School

330 Mount Auburn Street
Cambridge, MA 02138
Outpatient Clinic: (617) 499-5051
Driver Alcohol Education: (617) 499-5052

### MICHAEL P. FURSTENBERG, Ed.D.
#### LICENSED PSYCHOLOGIST

ONE ARNOLD CIRCLE
CAMBRIDGE, MA 02139
(617) 497-0627
E-MAIL: MPFurst@aol.com

47 LOMBARD STREET
NEWTON, MA 02458
(617) 964-5171
Fax (617) 795-1976

September 2, 2004

To Whom It May Concern:

Mr. Bruce Tassone has been seen in weekly group therapy since January, 2004. He has been faithful in his attendance, and has, in addition, met with me in individual treatment on an ad hoc basis. He has used the therapy effectively, and has been clean from his gambling addiction since April, 2004, the longest period of sobriety he has achieved in his life. In short, he has made substantial progress since coming to see me.

If there is anything more I can provide, please contact me.

Sincerely,

Michael P. Furstenberg, Ed.D.

## MICHAEL P. FURSTENBERG, Ed.D.
### LICENSED PSYCHOLOGIST

ONE ARNOLD CIRCLE
CAMBRIDGE, MA 02139
(617) 497-0627
E-MAIL: MPFurst@aol.com

47 LOMBARD STREET
NEWTON, MA 02458
(617) 964-5171
Fax (617) 795-1976

January 6, 2005

To Whom It May Concern:

Mr. Bruce Tassone has been attending weekly group therapy since May of 2004.  He remains a member in good standing of this group.

Sincerely,

Michael Furstenberg, Ed.D.



# M O U N T     A U B U R N     H O S P I T A L

### Prevention and Recovery Center

**Date:** 4/29/04

**To:** Irma Zingarelli

**Re:** Bruce Tassone

has kept the following appointments, 4/15 , 4/22, 4/29 .

has not kept the following appointments, none .

**If you have any question please feel free to contact us at (617) 499-5051.**

**Comments:** client had an intake on 4/15
& has participated in Thursdays evening
gambling groups
Doreen Oughton is the group leader
Marge Waterman is his case worker

Michele Lee, MEd CADAC                    4/29/04
**Counselor**                                                **Date**

A community teaching
hospital of Harvard
Medical School

A member of CareGroup

330 Mount Auburn Street
Cambridge, MA 02138
Outpatient Clinic: (617) 499-5051
Driver Alcohol Education: (617) 499-5052

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: Wednesday    Date: 9/8/04    Place: Stoneham Life care Center

Secretary: John O

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: thursday    Date: 9-9-04    Place: High St

Secretary: Jim S.

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: Monday    Date: 9-13-04    Place: ATP watertown

Secretary: Dave (BT)

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: WEDNESDAY    Date: 9/15/04    Place: STONEHAM

Secretary: MARK C.

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: 9-21-04    Date: Monday    Place: ATP watertown

Secretary: Tom B

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: 9-27-04    Date: monday    Place: ATP

Secretary: Tom J

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: 9-29-04    Date: Wednesday    Place: Stoneham

Secretary: Jim A.

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: 9/30/04    Date: Thurs    Place: Boston

Secretary: Nick I

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: 10/29        Date: FRIDAY        Place: Brockton

Secretary: David B

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: Wednesday     Date: 10/27        Place: Pittsfield

Secretary:


Charlie — BT

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: Wednesday     Date: 11-3-04      Place: Stoneham BA

Secretary: Jim
Spencer George

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: 4th         Date: November 2004     Place: 190 High St

Secretary: Jim S.

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _MONDAY_    Date: _11|8_    Place: _Wilmington_

Secretary: _Mike M._


This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Monday_    Date: _11-15_    Place: _ATP. Watertown_

Secretary: _Dan J Shadlik_


This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Wed_    Date: _11-17-04_    Place: _Stoneham_

Secretary: _Jim Alle_


This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Thursday 11/18/04_    Date: _11/18/04_    Place: _190 High St Boston_

Secretary: _Jim S_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _wed_          Date: _Dec't 8_          Place: _Stoneham_

Secretary: _J. Allen_

---

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Dec 9_          Date: _Thursd_          Place: _High St_

Secretary: _Jim S._

---

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Thurs_          Date: _12/9_          Place: _malden Green St_

Secretary: _Burt S_

---

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Wed_          Date: _01-05-05_          Place: _Stoneham_

Secretary: _Jim A_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous," meeting, or a "Gamblers Anonymous," meeting on:

Day: _Monday_   Date: _1/10/05_   Place: _Wilmington_

Secretary: _Bill Murphy_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Tuesday_   Date: _1/11/05_   Place: _Natick_

Secretary: _Ken Abate_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous meeting, or a "Gamblers Anonymous," meeting on:

Day: _WEDNISDAY_   Date: _1-12_   Place: _STONEHAM_

Secretary: _Ji Allen_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors meeting, or a "Gamblers Anonymous," meeting on:

Day: _Thursday_   Date: _1-13-05_   Place: _High St._

Secretary: _Jim S_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Tuesday_    Date: _1-18_    Place: _Natick_

Secretary: _Ben Aloiee_


This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Wednesday_ Date: _1/19_    Place: _Stoneham_

Secretary: _Mark C._


This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Thursday_    Date: _1/20_    Place: _High St_

Secretary: _Jim S_


This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day:            Date:            Place:


Secretary:

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Monday_    Date: _1/31/05_    Place: _Wilmington_

Secretary: _William F Murphy_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Wednes_    Date: _2/2/05_    Place: _Stoneham_

Secretary: _Jim Allen_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _2/3/05_ Date: _Thursd_    Place: _High St_

Secretary: _BT_

_Attend 1st half, Interview 2nd half_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Wed_    Date: _2/9/05_    Place: _Stoneha_

Secretary: _Jim Allen_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Thursday_    Date: _2/10/05_    Place: _High St_

Secretary: _Jim S._

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Friday_    Date: _2/11/05_    Place: _Brockton_

Secretary: _Glenn_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day: _Monday_    Date: _2-14-05_    Place: _ATP_

Secretary: _W_

This note is to acknowledge that **Bruce Tassone** was present at either a "Bettors Anonymous" meeting, or a "Gamblers Anonymous," meeting on:

Day:    Date:    Place:

Secretary: