UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



UNITED STATES

v.                                      DOCKET NO.: 04-CR-10023

BRUCE TASSONE

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes Bruce Tassone and respectfully requests that his conditions of release be amended to permit him to travel on a vacation to Florida to visit his family.

The defendant is asking the Court to permit him to travel to Florida on Thursday March 10, 2005 and he will be returning from Florida on Monday, March 14, 2005.

If permitted, the undersigned suggests that the defendant should be required to:

1. Give telephone notice to Pretrial Services from the residence he will be at in Florida.

2. Give Pretrial Services the address and phone number of the residences that the defendant will stay at;

3. Show proof of flight travel tickets

Wherefore, the undersigned respectfully requests that the Court allow him to Travel to Florida for his vacation this week.

>Respectfully submitted,
>**BRUCE TASSONE**,
>By his attorney,

Dated: 3/9/05

_____
**William Keefe**
**BBO: 556817**
390 Centre Street
Boston, MA 02130
Office (617) 983-9200
Facsimile (617) 983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the Motion to Amend Conditions of Release was sent to John Mitchell, Esquire, Assistant United States Attorney, at the Office of the U.S. Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on March 9, 2005, by hand delivery.

_____
William Keefe